**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**E.M. DAVIS, Lieutenant; Medical Staff, of Kershaw Correctional Institution; Rickie Harrison, Warden; Lieutenant Brogton, NFN, Defendants–Appellees.**

No. 00–7530.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Kevin L. Choice, pro se. Terry B. Millar, Rock Hill, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Choice v. Davis,* No. CA–99–3705–0–18BD (D.S.C. filed Oct. 3, 2000; entered Oct. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*